17101

CITY OF SPARTANBURG, Appellant, v. TURK WILSON,
Respondent
(90 S. E. (2d) 639)

*John G. Galbraith, Esq., Spartanburg City Attorney,* of
Spartanburg, *for Appellants,*

*Messrs. Arnold R. Merchant, Spartanburg County At-
torney,* and *Paul L. Taylor, Solicitor,* of Spartanburg, *Ap-
pearing amicus curiae,*

*John G. Galbraith, Esq., Spartanburg City Attorney,* of
Spartanburg, *for Appellant, in reply,*

December 20, 1955
PER CURIAM.

This appeal is controlled by our decision in *City of Spar-
tanburg v. Gossett,* S. C., 90 S. E. (2d) 645.

That portion of the order under appeal which holds that
the Recorder's Court was without jurisdiction is reversed,
and the case remanded for enforcement of the judgment ren-
dered by the Recorder.